No. 00M85. BELASCO *v.* SNYDER, WARDEN;
No. 00M86. McGEE ET AL. *v.* CRAIG ET AL.;
No. 00M87. ACOMB ET VIR *v.* UNITED STATES;
No. 00M88. SHELTON *v.* UNITED STATES; and

No. 00M89. VELAZQUEZ DE MEZA ET AL. *v.* DEPARTMENT OF JUSTICE, IMMIGRATION AND NATURALIZATION SERVICE. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.